# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 656 |
| | : | |
| ORDER AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 410, 430, 1064, AND 1065 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | DOCKET |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2016, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a):

    It is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 410, 430, 1064, and 1065 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.